71 A.3d 250

Janet S. MILLIKEN, Petitioner

v.

Kathleen JACONO and Joseph Jacono and Cascia Corporation, Trading as Re/Max Town & Country and Fran Day and Thomas O'Neill and Fox & Roach LP, Trading as Prudential Fox & Roach Realtors and John Restrepo, Respondents.

Supreme Court of Pennsylvania.

July 17, 2013.

## ORDER

PER CURIAM.

AND NOW, this 17th day of July, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues are:

(1) Whether the trial court erred in granting summary judgment in favor of [respondents] on the fraud claim because a material issue of fact existed as to whether their intentional concealment and non-disclosure of the gunshot murder/suicide led to a viable claim for fraud[.]

(2) Whether the trial court erred in granting summary judgment in favor of [respondents] on the claim of negligent misrepresentation because a material issue of fact existed as to whether [petitioner] had a viable claim for negligent misrepresentation[.]

(3) Whether the trial court erred in granting summary judgment in favor of the [respondents] on [a] claim of a violation of the Unfair Trade Practices and Consumer Protection Law because a material issue of fact existed as to whether [petitioner] had a viable claim for common law fraud which would lead to a viable claim under that statute[.]